AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

**MAMADOU NDOM.**
(*Pro se*)

Petitioner

vs.

**Michael Chertoff,**
Secretary of the Department of Homeland Security

Respondent

CV 08 - 3551
Civil Action No.

JCS

**Summons in a Civil Action**

To: *(Defendant's name and address)*   Department of Homeland Security
Office of the General Counsel
Mail Stop 3650
Washington, DC 20528
Phone: (202) 282 9822
Fax: (202) 282 9186

A lawsuit has been filed against you.

Within _60_ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

**Mamadou Ndom**
220 -13th st.
Vallejo, Ca 94590

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: JUL 2 5 2008

RICHARD W. WIEKING
Name of clerk of court

GINA AGUSTYNE-RIVAS
Deputy clerk's signature

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

**MAMADOU NDOM.**
*(Pro se)*

Petitioner

VS.

obert S. Muller, Department of Justice/ Director of FBI

Respondent

JCS

CV 08 - 3551
Civil Action No.

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Robert S. Muller III,
 Department of Justice
 Federal Bureau of Investigation
 935 Pennsylvania Ave,
 NW Washington, DC 20535.

A lawsuit has been filed against you.

 Within _60_ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

 Mamadou Ndom
 220 -13th st.
 Vallejo, Ca 94590

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**RICHARD W. WIEKING**
Name of clerk of court

Date: JUL 2 5 2008

GINA AGUSTINE-RIVAS
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

MAMADOU NDOM.
(*Pro se*)

Petitioner

VS.

Jonathan Scharfen, Acting Director of USCIS

Respondent

Civil Action No. CV 08 - 3551  JCS

## Summons in a Civil Action

To: *(Defendant's name and address)*

Jonathan Scharfen,
Acting Director of USCIS /
USCIS Head Quarter
20 Massachusetts Ave. NW
Washington, DC 20529
Phone: 202-272-8269

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Mamadou Ndom
220 -13th st.
Vallejo, Ca 94590

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RICHARD W. WIEKING
Name of clerk of court

Date: JUL 2 5 2008

GINA AGUSTINE RIVAS
Deputy clerk's signature

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

MAMADOU NDOM.
(*Pro se*)

Petitioner

VS.

cheal B. Mukasey, United States Attorney General

Respondent

JCS

CV 08 - 3551

Civil Action No.

**Summons in a Civil Action**

To: *(Defendant's name and address)*   Michael B. Mukasey,
United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Mamadou Ndom
220 -13th st.
Vallejo, Ca 94590

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**RICHARD W. WIEKING**
Name of clerk of court

Date: JUL 2 5 2008

GINA AGOSTUNE-RIVAS
Deputy clerk's signature

(*Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).*)

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

MAMADOU NDOM.
(*Pro se*)

_____
Petitioner

VS.

Joseph P. Russoniello
As his capacity as the US Attorney
or the Northern District of California, as a US Government Counsel)

_____
Respondent

Civil Action No. CV 08 3551

JCS

## Summons in a Civil Action

To: *(Defendant's name and address)*  **Joseph P. Russoniello**
U.S Attorney for the Northern District of California
450 Golden Gate Avenue
10th floor
P.O. BOX 36055
San Francisco, Ca 94102

A lawsuit has been filed against you. 415 4367200

Within 60 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

**Mamadou Ndom**
220 -13th st.
Vallejo, Ca 94590

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: JUL 2 5 2008

RICHARD W. WIEKING
Name of clerk of court

GINA AGUSTINE-RIVAS
Deputy clerk's signature

*Ise 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by le 12(a)(3).)*