# CERTIFICATE OF SERVICE

I, MAMADOU NDOM, hereby certify that on _1/28/08_, I served copies
[Date]

of: Complaint on "Immigration Mandamus Case"
[Name of Document]

on the following parties by way of: Registered Mail
[U.S. Mail, UPS, Overnight mail, email, fax, courier etc.]

[List name and address of each attorney/party served]

## Department of Homeland Security
## Office of the General Counsel

Mail Stop 3650
Washington, DC 20528
Phone: (202) 282 9822
Fax: (202) 282 9186

_07/28/08_
Date

Signature

 **UNITED STATES**
**POSTAL SERVICE.**

Date: 07/30/2008

MAMADOU NDOM:

The following is in response to your 07/29/2008 request for delivery information on your
Mail item number EH36 5375 969U S. The delivery record shows that this item was
delivered on 07/29/2008 at 11:31 AM in WASHINGTON, DC 20528 to P TAYLOR. The
scanned image of the recipient information is provided below.

Signature of Recipient:

Address of Recipient:

Thank you for selecting the Postal Service for your mailing needs. If you require additional
assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service

# CERTIFICATE OF SERVICE

*FILED*

I, MAMADOU NDOM, hereby certify that on __1/28 /08__ , I served copies
[Date]

of: Complaint on "Immigration Mandamus Case"
[Name of Document]

08 JUL 31 PM 12: 55

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

on the following parties by way of: Registered Mail
[U.S. Mail, UPS, Overnight mail, email, fax, courier etc.]

[List name and address of each attorney/party served]

## Michael B. Mukasey,
United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001
Phone: 202-514 2000

__07/28/08__
Date

__[signature]__
Signature


**UNITED STATES**
**POSTAL SERVICE.**

Date: 07/30/2008

MAMADOU NDOM:

The following is in response to your 07/29/2008 request for delivery information on your
Mail item number EH36 5375 990U S. The delivery record shows that this item was
delivered on 07/29/2008 at 11:26 AM in WASHINGTON, DC 20530 to L WITHERS. The
scanned image of the recipient information is provided below.

Signature of Recipient:

**Delivery Section**

Address of Recipient:

JUSTICE          20530

Thank you for selecting the Postal Service for your mailing needs. If you require additional
assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service

JCS

# CERTIFICATE OF SERVICE

FILED

I, MAMADOU NDOM, hereby certify that on _07/28/08_ served copies
[Date]

of: Complaint on "Immigration Mandamus Case"
[Name of Document]

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
JUL 31 PM 12: 55

on the following parties by way of: Registered Mail
[U.S. Mail, UPS, Overnight mail, email, fax, courier etc.]

[List name and address of each attorney/party served]

Robert S. Muller III,
Department of Justice
Federal Bureau of Investigation
935 Pennsylvania Ave,
NW Washington, DC 20535.
Phone: 202 324 3000

_07/28/08_
Date

Signature


**UNITED STATES**
**POSTAL SERVICE.**

Date: 07/30/2008

MAMADOU NDOM:

The following is in response to your 07/29/2008 request for delivery information on your
Mail item number EH36 5375 986U S. The delivery record shows that this item was
delivered on 07/30/2008 at 04:16 AM in WASHINGTON, DC 20535 to M SIMON. The
scanned image of the recipient information is provided below.

Signature of Recipient:

Address of Recipient:

Thank you for selecting the Postal Service for your mailing needs. If you require additional
assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service

# CERTIFICATE OF SERVICE

FILED

I, MAMADOU NDOM, hereby certify that on _____
[Date]

of: Complaint on "Immigration Mandamus Case"
[Name of Document]

on the following parties by way of: Registered Mail
[U.S. Mail, UPS, Overnight mail, email, fax, courier etc.]

[List name and address of each attorney/party served]

**Joseph P. Russoniello**
U.S Attorney for the Northern District of California
450 Golden Gate Avenue
10th floor
P.O. BOX 36055
San Francisco, Ca 94102
415 436 7200

_____
Date

_____
Signature


**UNITED STATES**
**POSTAL SERVICE.**

Date: 07/30/2008

MAMDOU NDOM:

The following is in response to your 07/29/2008 request for delivery information on your
Certified item number 7004 0550 0000 1509 7717. The delivery record shows that this item
was delivered on 07/29/2008 at 10:47 AM in SAN FRANCISCO, CA 94102. The scanned
image of the recipient information is provided below.

Signature of Recipient:

```
------------    Delivery Section    ----------
      F. QuIJGno
```

Address of Recipient:

```
450    GOLDEN    GATE
```

Thank you for selecting the Postal Service for your mailing needs. If you require additional
assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service

# CERTIFICATE OF SERVICE

*FILED*

*08 JUL 31 PM 12: 55*

I, MAMADOU NDOM, hereby certify that on __7/28/08__, I served copies
[Date]

of: Complaint on "Immigration Mandamus Case"
[Name of Document]

on the following parties by way of: Registered Mail
[U.S. Mail, UPS, Overnight mail, email, fax, courier etc.]

[List name and address of each attorney/party served]

## Jonathan Scharfen,
Acting Director of USCIS /
 USCIS Head Quarter
20 Massachusetts Ave. NW
Washington, DC 20529
Phone: 202-272-8269

__07/28/08__
Date

Signature

 **UNITED STATES POSTAL SERVICE.**

Date: 07/30/2008

MAMADOU NDOM:

The following is in response to your 07/29/2008 request for delivery information on your Mail item number EH36 5375 972U S. The delivery record shows that this item was delivered on 07/29/2008 at 11:50 AM in WASHINGTON, DC 20529 to K WARREN. The scanned image of the recipient information is provided below.

Signature of Recipient:

Kahli Warren

Address of Recipient:

USCIS                    20529

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service