# CERTIFICATE OF SERVICE

FILED
08 AUG 11 PM 2:17

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL DOCKET FOR CASE #: 08-cv-3551 / JCS**

I, MAMADOU NDOM, hereby certify that on **08/05/08**, I served copies
[Date]

of: **Plaintiff's Motion of Summary Judgment** on "Immigration Mandamus Case"
[Name of Document]

on the following parties by way of: certified Mail
[U.S. Mail, UPS, Overnight mail, email, fax, courier etc.]

[List name and address of each attorney/party served]

TO

## Joseph P. Russoniello

U.S Attorney for the Northern District of California
450 Golden Gate Avenue
9th floor
San Francisco, Ca 94102
415 436 7200

_____          08/11/08
Signature                                                  Date



Track/Confirm - Intranet Item Inquiry - Domestic

| Item: 7007 2680 0002 3802 9855 | | Service Calculation Acceptance Date/Time: 08/04/2008 15:54 | |
|---|---|---|---|
| **Destination** | **ZIP Code:** 94102 | **City:** SAN FRANCISCO | **State:** CA |
| **Origin** | **ZIP Code:** 94102-9995 | **City:** SAN FRANCISCO | **State:** CA |

**Class:** First Class
**Anticipated Delivery Date:** 08/05/2008
**Weight:** 0 lb(s) 5 oz(s)         **Postage:** $1.51
**Delv Rqmt:** Normal Delivery     **PO Box?:** N

| Special Services | Associated Labels | Amount |
|---|---|---|
| CERTIFIED MAIL | 7007 2680 0002 3802 9855 | $2.70 |

| Event | Date/Time | Location | Scanner ID |
|---|---|---|---|
| DELIVERED | 08/05/2008 10:41 | SAN FRANCISCO, CA 94102 | 030SHL3439 |
| | Request Delivery Record | | |
| | View Delivery Signature and Address | | |
| ACCEPT OR PICKUP | 08/04/2008 15:54 | SAN FRANCISCO, CA 94102 | |

Enter Request Type and Item Number:

Quick Search ⊙     Extensive Search ○

[Explanation of Quick and Extensive Searches]

Submit

Version 1.0

Inquire on multiple items.

Go to the Product Tracking System Home Page.





U.S. POSTAGE
PAID
VALLEJO, CA
94590
AUG 06, '08
AMOUNT
$4.35
00033243-19

UNITED STATES POSTAL SERVICE
0000

https://pts.usps.gov/pts/labelInquiry.do                                    8/6/2008



### Track/Confirm - Intranet Item Inquiry
### Item Number: 7007 2680 0002 3802 9855

**This item was delivered on 08/05/2008 at 10:41**

| | |
|---|---|
| Signature: | Delivery Section<br>J/*signature*<br>F. QUISAM |
| Address: | 450 G.G. USAO |

**Enter Request Type and Item Number:**

Quick Search ⦿    Extensive Search ○

[Explanation of Quick and Extensive Searches]

[ Submit ]

Version 1.0

Inquire on multiple items.

Go to the Product Tracking System Home Page.