JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7124
    FAX: (415) 436-7169

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAMADOU NDOM,<br><br>                Petitioner,<br><br>   v.<br><br>ROBERT S. MUELLER, III, Department of Justice, in his Official Capacity as Director of FBI; MICHAEL A. CANNON, Department of Justice, in his Official Capacity as Director of NNCP; JONATHAN SCHARFEN, in his Official Capacity as Acting Director of USCIS; EVELYN UPCHURCH, in her Official Capacity as Director of USCIS/Texas Service Center; MICHAEL CHERTOFF, in his Official Capacity as Secretary of Department of Homeland Security; MICHAEL B. MUKASEY, in his Official Capacity as United States Attorney General,<br><br>                Respondents. | No. C 08-3551 JCS<br><br>**CONSENT TO MAGISTRATE JUDGE JURISDICTION** |

    In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, Respondents hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the

///

///

///

Consent to Magistrate Jurisdiction
C 08-3551 JCS

1 | judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

2 | Dated: August 15, 2008      Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

         /s/
ILA C. DEISS
Assistant United States Attorney
Attorneys for Respondents

# CERTIFICATE OF SERVICE

**Ndom v. Mueller; et al.**
**C 08-3551 JCS**

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following document(s):

**CONSENT TO MAGISTRATE JUDGE JURISDICTION**

to be served this date upon the party(ies) as follows:

✓ **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

___ **PERSONAL SERVICE (BY MESSENGER)** I caused such envelope to be delivered by hand to the person or offices of each addressee below.

___ **FACSIMILE (FAX)** Telephone No.: _____ I caused each such document to be sent by facsimile to the person or offices of each addressee below.

___ **FEDERAL EXPRESS**

___ **CERTIFIED MAIL**

___ **BY E-MAIL** I caused each such document to be sent by e-mail to the person or offices of each addressee below.

to the party(ies) addressed as follows:

Mamadou Ndom, Pro Se
220 - 13th Street
Vallejo, CA 94590

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 15, 2008 at San Francisco, California.

/s/
CAROL E. WEXELBAUM
Legal Assistant