UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MAMADOU NDOM,

        Plaintiff(s),

   v.

ROBERT S. MULLER III,

        Defendant(s).

                                /

No. C 08-03551 JCS

**ORDER SETTING CASE MANAGEMENT CONFERENCE**

IT IS HEREBY ORDERED that, pursuant to Fed.R.Civ.P. 16 and Civil L.R. 16-10, a Case Management Conference will be held in this case before the Honorable Joseph C. Spero on **October 10, 2008, at 1:30 p.m.,** in Courtroom A, 15th floor, 450 Golden Gate Avenue, San Francisco, CA 94102. This conference shall be attended by lead trial counsel for parties who are represented. Parties who are proceeding without counsel must appear personally.

IT IS FURTHER ORDERED that no later than seven (7) days before the Case Management Conference, each party shall file a Case Management Statement containing at least the following information:

(1) A brief description of the events underlying the lawsuit;

(2) A statement that all defendants (or third-party defendants, if any) have been served, or information about when the party plans to serve all remaining defendants;

(3) What discovery the party intends to take, including, but not limited to, the identity of all persons the party intends to depose.

In addition, the parties must be prepared to discuss knowledgeably with the Court at the Case Management Conference any of the other subjects listed in Fed.R.Civ.P. 16 or in Civil L.R. 16-14.

1  Failure to comply with this Order or with the Local Rules of this Court may result in
2  sanctions, including the dismissal of the complaint or the entry of a default. See Fed.R.Civ.P. 16(f);
3  Civil L.R. 1-4.

Dated: September 10, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge

2