| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO, CSBN 44332<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>MELANIE L. PROCTOR, CSBN 228971 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-6730<br>FAX: (415) 436-7169 |

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| MAMADOU NDOM, | ) | |
| | ) | |
| Petitioner, | ) | No. C 08-3551 JCS |
| | ) | |
| v. | ) | |
| | ) | STIPULATION TO STAY LITIGATION 120 |
| ROBERT S. MUELLER, III, Department of | ) | DAYS; ~~PROPOSE~~D ORDER |
| Justice, in his Official Capacity as Director | ) | |
| of FBI; MICHAEL A. CANNON, Department | ) | |
| of Justice, in his Official Capacity as Director | ) | |
| of NNCP; JONATHAN SCHARFEN, in his | ) | |
| Official Capacity as Acting Director of USCIS; | ) | |
| EVELYN UPCHURCH, in her Official Capacity | ) | |
| as Director of USCIS/Texas Service Center; | ) | |
| MICHAEL CHERTOFF, in his Official Capacity | ) | |
| as Secretary of Department of Homeland | ) | |
| Security; MICHAEL B. MUKASEY, in his | ) | |
| Official Capacity as United States Attorney | ) | |
| General, | ) | |
| | ) | |
| Respondents. | ) | |

///
///
///
///
///
///

STIPULATION TO STAY
C 08-3551 JCS

1    In light of the issues discussed at the Case Management Conference held on October 10, 2008, the parties hereby agree to stay this action 120 days. If the parties are unable to reach an agreement prior to February 13, 2009, Respondents shall file their opposition and reply to Petitioner's cross-motion and opposition to Respondents' Motion for Summary Judgment. Respondents' Opposition and Reply shall be filed no later than February 27, 2009. Petitioner shall file his Reply no later than March 13, 2009. The matter will be submitted on the briefs, without need for a hearing.

Dated: October 14, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
MELANIE L. PROCTOR[1]
Assistant United States Attorney
Attorneys for Defendants

Dated: October 14, 2008

_____/s/_____
MAMADOU NDOM
Pro Se

**~~PROPOS~~ED ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: October 15, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge

*IT IS SO ORDERED — Judge Joseph C. Spero (seal: United States District Court, Northern District of California)*

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATION TO STAY
C 08-3551 JCS                                                     2