| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO, CSBN 44332<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>MELANIE L. PROCTOR, CSBN 228971 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-6730<br>FAX: (415) 436-7169 |
| 7 | |
| | Attorneys for Respondents |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| MAMADOU NDOM, | ) | |
| Petitioner, | ) | No. C 08-3551 JCS |
| v. | ) | |
| ROBERT S. MUELLER, III, Department of Justice, in his Official Capacity as Director of FBI; MICHAEL A. CANNON, Department of Justice, in his Official Capacity as Director of NNCP; JONATHAN SCHARFEN, in his Official Capacity as Acting Director of USCIS; EVELYN UPCHURCH, in her Official Capacity as Director of USCIS/Texas Service Center; MICHAEL CHERTOFF, in his Official Capacity as Secretary of Department of Homeland Security; MICHAEL B. MUKASEY, in his Official Capacity as United States Attorney General, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | STIPULATION TO DISMISS WITHOUT PREJUDICE; ~~PROPOSED~~ ORDER |
| Respondents. | ) | |

///

///

///

///

///

///

///

STIPULATION TO STAY
C 08-3551 JCS

In light of the fact that at this time, a Court order to adjudicate Plaintiff's adjustment of status application would result in a denial, the parties hereby stipulate to dismissal of this action, without prejudice. The parties shall bear their own costs and fees.

Dated: February 12, 2009

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

/s/
MELANIE L. PROCTOR[1]
Assistant United States Attorney
Attorneys for Defendants

Dated: February 12, 2009

/s/
MAMADOU NDOM
Pro Se

**PROPOSED ORDER**

Pursuant to stipulation, IT IS SO ORDERED. All pending motions are hereby terminated. The Complaint is DISMISSED without prejudice. The Clerk shall close the file.

Dated: February 12, 2009

JOSEPH C. SPERO
United States Magistrate Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATION TO STAY
C 08-3551 JCS                              2